AO 442

# United States District Court
## for the
### District of Utah

UNITED STATES OF AMERICA

v.

**SEALED**

Case No: 2:22-cr-00463-001 CW

*MD case 3:22-MJ-623*

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **THOMAS WILLIAM DORSHER AKA SCAMMERBLASTER**,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**CONSPIRACY TO DEFRAUD THE UNITED STATES/(conspiracy to commit computer fraud and abuse)**
**FRAUD ACTIVITY CONNECTED WITH COMPUTERS/transmission of program, command, information, or code damaging a protected computer**
**FRAUD ACTIVITY CONNECTED WITH COMPUTERS/( extortion in connection with damage to a protected computer)**
**OBSCENE OR HARASSING TELEPHONE CALLS/repeated phone calls to harass**

in violation of   18 U.S.C. 371, 18 U.S.C. 1030(a)(5)(A), 18 U.S.C. 1030(a)(7)(C) and 47 U.S.C. 223(a)(l)(E)   United States Code.

Gary P. Serdar
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

*[Signature]*
Signature of Issuing Officer

November 22, 2022 at Salt Lake City, Utah
Date and Location

By: Jennifer Jensen
    Generalist Clerk

Bail fixed _____

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   Oakes, ND

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/30/22 | Chad Tuuva  FBI | *[Signature]* |
| DATE OF ARREST | | |
| 12/2/22 | | |